# Exhibit A

EEOC RECEIVED 04/09/2025

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): 440-2025-06517

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Renee Johnson | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| **c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148** | | **(employment@sulaimanlaw.com)** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Morgan Properties Management Company, LLC | **15+** | (832) 381-7669 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 3905 Tower Dr #115 | Richton Park, IL 60471-1341 | anthony.myers@morganproperties.com |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | **15+** | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[✓] RETALIATION [✓] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (*Specify below.*)

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 02/2024 | 04/7/2025 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

I, Renee Johnson (60 years old), was employed by Morgan Properties Management Company, LLC as a Service Manager from on or about July 24, 2024 until on or about April 7, 2025, when I was unlawfully terminated on the basis of my age. I have also been subjected to age-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the age-based discrimination, harassment, and retaliation I was subjected to:

In or around December 2024, I began experiencing serious issues with maintenance technician Travis (LNU). He was consistently disrespectful and confrontational towards me.

On or about February 25, 2025, Travis became irate and directed age-based insults at me in the workplace. He called me an "old stupid ass" and told me I needed to "make some money and go to school with your old stupid ass self." His remarks were clearly ageist, inappropriate, and offensive.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

04 / 08 / 2025

*Date*

*Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

EEOC RECEIVED 04/09/2025
Doc ID: 351d8f6e938b20afcb35c210cc8bee621f4f73e2

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|
| **Illinois Department of Human Rights**<br>*State or local Agency, if any* | | and EEOC |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I immediately reported this incident verbally to the property manager, Bryant (LNU). He acknowledged that the behavior was unacceptable and said he would speak to Travis and call me back. He never followed up.

On or about February 26, 2025, I received an unsatisfactory performance review from regional manager DeAngelo (LNU). This was particularly suspicious, as DeAngelo had never worked directly with me. I believe this negative review was in direct response to my complaint about Travis, and not based on my actual job performance.

On or about March 17, 2025, I took Travis to lunch in an attempt to resolve the issue professionally, since I was still his supervisor. He admitted that what he said was wrong and stated he would accept any consequences, but he never apologized.

On or about March 26, 2025, Anthony Myers from HR met with me and DeAngelo to discuss concerns about my performance. During the meeting, I shared the details of what had been happening with Travis, including the inappropriate, age-based remarks he made. I also expressed my concerns that the negative performance review I received immediately after reporting the incident appeared retaliatory. Anthony responded by saying the review had already been in progress prior to my complaint, but I found the timing highly questionable.

On or about March 28, I called the Area VP, Kia (LNU) to report what had been happening. She said she would follow up with HR but never did. That same day, I also contacted the Ethics Line and was told an investigation would be conducted.

Despite continuing to do my job, I was repeatedly blamed for issues that stemmed from Travis not completing work orders. He refused to communicate with me, but I was the one being disciplined for "communication issues."

On or about April 7, 2025, I was called into the office. Anthony was on the phone and informed me that I was being terminated due to "unsatisfactory performance."

I was subjected to a hostile work environment, discriminated against based on my age, and retaliated against for reporting age-based insults. My termination came after I made multiple complaints about being subjected to age-based harassment. My termination was not based on performance, but was a direct result of my age and my attempts to hold others accountable for misconduct.

Thus, I have been discriminated against and harassed because of my age and retaliated against in violation of the Age Discrimination in Employment Act of 1967, as amended and (775ILCS 5/) Illinois Human Rights Act.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04 / 08 / 2025<br>*Date*     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |